UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No.: 5:10-cv-315-Oc-10PRL

FILED

2013 OCT 10 PM 12: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

ANTHONY RUTHERFORD,

    Movant,

vs.

WARDEN, OF FCI COLEMAN MEDIUM.

    Respondent.
_____/

## SECOND MOTION FOR RECONSIDERATION

**COME NOW**, Movant files this Motion for Reconsideration. Movant is pro se, and therefore, request that this Motion be construed liberally. **Haines v. Kerner**, 404 U.S. 519 (1972).

Movant states the following reason why he files this second Motion for Reconsideration:

(1) According to **Gibson v. Warden, of FCI Coleman (Medium)** Middle District of Florida Ocala Division, case no.: 5:10-cv-325-Oc-10 PRL, **Descamps v. United States**, 133 S.Ct. 2276 (2013), is a substantial change in the law, and is retroactively applicable to Movant Rutherford's case in point as being a substantial change in the law. The government states this information in footnote 1, of page one in its **Gibson**, response.

1

Movant therefore, request that this information be reconsidered in his Reconsideration now, and first Reconsideration already before the Honorable Court.

## CONCLUSION

Movant hopes and prays that this Second Reconsideration will be accepted and granted based on the above stated reasons.

Dated: <u>07 October 2013.</u>

Respectfully Submitted,

_/s/ Anthony Rutherford_
Anthony Rutherford
#48897-004
FCC Coleman-Medium
P.O. Box 1032
Coleman, Fl 33521

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the forgoing Motion for Reconsideration, was mailed to the following:

United States Attorney's Office
207 North West 2nd Street, Room 118
Ocala, Florida 34475

And

Clerk of the Court
207 N.W. Second St.
Ocala, Fl 34475

on this <u>07</u> day of October 2013, by regular via mails postages pre-paid

_/s/ Anthony Rutherford_
Anthony Rutherford

28 U.S.C. § 1746